No. 87–5153.   CARNEGIE v. UNITED STATES.   C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied.   Petitioner is allowed until October 26, 1987, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 87–5008.   IN RE MCDONALD.   Sup. Ct. Tenn.; and
No. 87–5124.   IN RE TAYLOR.   Ct. App. La., 3d Cir.   Petitions for writs of common-law certiorari denied.

No. 86–7052.   IN RE MCDONALD.   Sup. Ct. Tenn.   Petition for writ of common-law certiorari and habeas corpus denied.

No. 86–6996.   IN RE CLARK;
No. 86–7086.   IN RE MCDONALD; and
No. 87–5115.   IN RE OLIVER.   Petitions for writs of habeas corpus denied.

No. 86–7053.   IN RE MONTGOMERY;
No. 86–7098.   IN RE MCGOVERN;
No. 86–7120.   IN RE BROWN-EL;
No. 87–5004.   IN RE TYLER;
No. 87–5037.   IN RE FAZZINI;
No. 87–5157.   IN RE WOOL; and
No. 87–5183.   IN RE D'AMARIO.   Petitions for writs of mandamus denied.

No. 86–1910.   IN RE HUDGINS ET AL.; and
No. 87–5155.   IN RE NABORS.   Petitions for writs of mandamus and/or prohibition denied.

No. 87–5125.   IN RE TAYLOR.   Petition for writ of prohibition denied.

No. 86–1836.   NEW YORK STATE CLUB ASSN., INC. v. CITY OF NEW YORK ET AL.   Appeal from Ct. App. N. Y.   Probable juris-